**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| AL MOORE, | ) |
| | ) Case No.: 1:23-cv-02286-JRS-MJD |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GMRI, INC., d/b/a OLIVE GARDEN, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

This matter having come before this Court on Plaintiff's Notice of Dismissal, and this Court having reviewed the same, and being duly advised in the premises, now finds that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is dismissed with prejudice.

Date: 4/24/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Distribution to:**

All electronically ECF Registered Parties

1